■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROOKS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Broomer, J.), rendered April 21, 1989, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

"The decision of whether to permit a defendant to withdraw a previously entered guilty plea rests within the sound discretion of the sentencing court" *(People v Howard,* 138 AD2d 525). The court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his guilty plea. Upon a review of the record, including the full evidentiary hearing conducted with respect to the defendant's motion, we find that there is no support for the defendant's claim that his guilty plea was the result of coercion or of the ineffective assistance of trial counsel. Harwood, J. P., Balletta, Rosenblatt and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. COLLADO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered April 4, 1990, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.